# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello  
Deveraux L. Cannick  
—  
Jennifer Arditi

**Of Counsel**

John S. Esposito  
Anthony J. Rattoballi

69-06 Grand Avenue  
Maspeth, New York 11378  
(718) 426-0444, Fax (718) 803-9764  
Email: info@aiellocannick.com

12/30/19

**VIA ECF**  
Honorable Vincent Briccetti  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

> The 1/15/2020 conference is adjourned to 1/24/2020, at 12:30 p.m. Clerk shall terminate the letter-motion (Doc. #43) and mail a copy of this Order to defendant Fahy at the address on the docket.
>
> SO ORDERED.
>
> Vincent L. Briccetti, U.S.D.J., 12/30/2019

Re: Pope v. Helen Fahy, et al  
7:18-cv-11283-VB

Dear Judge Briccetti:

We are the attorneys for Randy Pope. The case is scheduled for a conference on Wednesday, January 15th, 2020 at 9:30 a.m. I will be on trial before the Honorable Helen Blackwood in the murder trial of *People v. Chisolm* and will be unable to appear. After my office spoke with Ms. Hilbert, it was confirmed for January 24th, 2020 at 12:30 p.m. Ms. Fahy has been advised and confirmed (see attached).

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DC/mw