UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
RANDY POPE,
                Plaintiff,

v.

HELEN FAHY; WESTCHESTER COUNTY
DEPARTMENT OF SOCIAL SERVICES; and
THE CHILDREN'S HOME OF
POUGHKEEPSIE,
                Defendants.
---------------------------------------------------------------x

**ORDER OF DISMISSAL**

18 CV 11283 (VB)

By letter dated February 20, 2020, plaintiff's attorney informed the Court that plaintiff will proceed with the state law claims in New York State Supreme Court, County of Westchester and will not further pursue the above-captioned action. (Doc. #52).

Accordingly, it is hereby ORDERED that this action is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

All scheduled conferences or other scheduled court appearances, including the conference scheduled for February 24, 2020, are cancelled. Any pending motions are moot.

By close of business on February 21, 2020, plaintiff's counsel is directed to notify defendant Fahy by telephone or email that the February 24, 2020, conference has been cancelled.

The Clerk is directed to mail a copy of this Order to defendant Helen Fahy at the address on the docket.

The Clerk is further instructed to close this case.

Dated: February 21, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge